IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr434-MHT |
| | ) | (WO) |
| KENNETH LESTER BAXLEY | ) | |

## MENTAL-HEALTH ORDER

In accordance with the provisions in the judgment of conviction, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall:

(1) Arrange for a mental-health evaluation of defendant Kenneth Lester Baxley, which should identify and recommend appropriate treatment for any mental illnesses, substance-abuse disorders, or issues adjusting from the prison environment back into society.

(2) File a report of the evaluation under seal with the court within 30 days of the beginning of supervision.

(3) Arrange for defendant Baxley to receive mental-health counseling at least twice a month until further order of the court. The counseling should address any issues identified in the mental-health assessment, the assault he suffered at the Bureau of Prisons and relatedly, any post-traumatic stress and depression, as well as help him adjust back into society.

DONE, this the 27th day of April, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**